B. James Fitzpatrick, Esq. (SBN: 129056)
FITZPATRICK, SPINI & SWANSTON
838 South Main Street, Suite E
Salinas, California 93901
Telephone: (831) 755-1311
Facsimile: (831) 755-1319

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILFRIED DIETZ,

    Plaintiff,

v.

TIN INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS TEMPLE - INLAND INC., and DOES 1 to 50, inclusive,

    Defendants.

Case No.: ~~CV-05170-SI~~ 11-5170 SI

STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE; [~~P~~ROPOSED] ORDER

This stipulation is entered into between all of the parties to this lawsuit, to wit:

    A. WILFRIED DIETZ (hereinafter "Plaintiff") by and through his attorney B. James Fitzpatrick;

    B. TIN INC., dba TEMPLE - INLAND INC. (hereinafter "Defendant"), by and through their attorney, James R. Moss Jr.;

    1. The matter has been set for a case management conference on January 20, 2012;

    2. The matter was settled at mediation on December 7, 2011, and the parties are working on finalizing the agreement in writing;

    3. The parties are in agreement to vacate the January 20, 2012, case management conference, and as such respectfully request that this Court vacate the hearing.

Dated: January 18, 2012

FITZPATRICK, SPINI & SWANSTON

By: /S/
B. James Fitzpatrick
Attorneys for Plaintiff
WILFRIED DIETZ

Dated: Jan. 19, 2012

PAYNE & FEARS, LLP

By: _____
James R. Moss Jr., Esq.
Attorney for Defendant
TIN INC. dba TEMPLE - INLAND INC.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case management conference, currently set for January 20, 2012, be ~~taken off calendar.~~ CONTINUED TO 2/10/12 @ 2:30 P.M.

Dated: 1/19/12

_____
District Judge Susan Illston

2

*Dietz v. Temple-Inland*
Case No.: CV-05170-SI

Stipulation to Vacate Case Management Conference;
[Proposed] Order