B. James Fitzpatrick, Esq. (SBN: 129056)
FITZPATRICK, SPINI & SWANSTON
838 South Main Street, Suite E
Salinas, California 93901
Telephone: (831) 755-1311
Facsimile: (831) 755-1319

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFRIED DIETZ, | Case No.: 11-5170 SI ~~CV-05170-SI~~ |
| Plaintiff, | STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER |
| v. | |
| TIN INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS TEMPLE - INLAND INC., and DOES 1 to 50, inclusive, | |
| Defendants. | |

This stipulation is entered into between all of the parties to this lawsuit, to wit:

    A. WILFRIED DIETZ (hereinafter "Plaintiff") by and through his attorney B. James Fitzpatrick;

    B. TIN INC., dba TEMPLE - INLAND INC. (hereinafter "Defendant"), by and through their attorney, James R. Moss Jr.;

    1. The matter has been set for a case management conference on January 20, 2012;

    2. The matter was settled at mediation on December 7, 2011, and the parties are working on finalizing the agreement in writing;

    3. The parties are in agreement to vacate the January 20, 2012, case management conference, and as such respectfully request that this Court vacate the hearing.

1


| | |
|---|---|
| Dated: January 18, 2012 | FITZPATRICK, SPINI & SWANSTON |
| | By: /S/ |
| | B. James Fitzpatrick |
| | Attorneys for Plaintiff |
| | WILFRIED DIETZ |
| Dated: Jan. 19, 2012 | PAYNE & FEARS, LLP |
| | By: |
| | James R. Moss Jr., Esq. |
| | Attorney for Defendant |
| | TIN INC. dba TEMPLE - INLAND INC. |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case management conference, currently set for January 20, 2012, be ~~taken off calendar.~~ CONTINUED TO 2/10/12 @ 2:30 P.M.

Dated: 1/19/12

_Susan Illston_
District Judge Susan Illston